UNITED STATES of America, Plaintiff–Appellee,

v.

Tyronie PATTERSON, a.k.a. Biz, Defendant–Appellant.

No. 09–12054

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 9, 2009.

Chet Kaufman, Federal Public Defender, Tallahassee, FL, Randall Lockhart, Pensacola, FL, for Defendant–Appellant.

Karen Rhew–Miller, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Randolph P. Murrell and Chet Kaufman, appointed counsel for Tyronie Patterson in this appeal of the district court's order granting a sentence reduction, pursuant to 18 U.S.C. § 3582, have moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order granting Patterson a sentence reduction under § 3582(c)(2) is **AFFIRMED.**